ALVIENA MICHEL, as Administratrix of the Estate of EUGENE MICHEL, Deceased, Respondent, v. CITY OF TROY et al., Appellants.—

Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ., concur. [See *post*, pp. 811, 837, 957.]